FILED

11/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0390

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0390

RANDY LAEDEKE, DARLA PRENN, for
THE ESTATE OF LILA M. LAEDEKE,

Plaintiffs and Appellants,

v.

BILLINGS CLINIC, and John Doe Defendants
unknown at this time,

Defendants and Appellees.

FILED

NOV 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Randy Laedeke has filed a second motion for extension of time to complete mediation in the captioned matter. Good cause appearing,

IT IS HEREBY ORDERED that the parties have until January 24, 2022, within which to complete mediation.

No further extensions will be granted. If mediation is unsuccessful, Appellant shall have 30 days after the mediator's report is filed to file his opening brief.

DATED this _26_ day of November, 2021.

For the Court,

_____
Justice